IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Keith Alexander, | : |
| Appellant | : |
| | : |
| v. | :    No. 870 C.D. 2016 |
| | : |
| Corrections Officer | : |
| Volkert, Tracy Brokenshire, | : |
| Mailroom Supervisor, | : |
| Nancy Wilson, Business | : |
| Manager SCI Coal Township, | : |
| Keri Moore, Deputy Grievance | : |
| Officer, Dorina Varner, Chief | : |
| Grievance Officer, Vincent | : |
| Mooney, Superintendent | : |

## **O R D E R**

NOW, June 13, 2017, having considered appellant's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge